# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Kratos Defense & Rocket Support | ) | ASBCA No. 60128 |
|   Services, Inc. | ) | |
| | ) | |
| Under Contract No. N00178-04-D-4037 | ) | |

APPEARANCES FOR THE APPELLANT:    Rebecca E. Pearson, Esq.
        J. Scott Hommer, III, Esq.
        Elizabeth A. Buehler, Esq.
          Venable LLP
          Washington, DC

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
          DCMA Chief Trial Attorney
        Srikanti Schaffner, Esq.
          Trial Attorney
          Defense Contract Management Agency
          Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 2 June 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60128, Appeal of Kratos Defense & Rocket Support Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2